JOSEPH FEMIA, RESPONDENT, v. CITY OF BAYONNE, APPELLANT.

Argued October 23, 1933—Decided January 5, 1934.

For the respondent, *Hyman Brodsky*.

For the appellant, *Daniel J. Murray*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—None.